UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Victor B. Perkins, | Case No. 24-CV-01094 (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Dr. Jack Daniels, Chief Psychiatrist; and<br>Dr. Dionne Hart, Staff Psychiatrist, | |
| Defendants. | |

---

This matter is before the Court on Plaintiff Victor B. Perkins's application for in forma pauperis (IFP) status on appeal. (*See* Doc. No. 22.) The Court has reviewed the IFP application and concludes both that Perkins qualifies financially for IFP status and that the appeal is not taken in the absence of good faith, *see* 28 U.S.C. § 1915(a)(3). Accordingly, the IFP application will be granted.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed in forma pauperis on appeal of plaintiff Victor B. Perkins, (Doc. No. 22), is GRANTED.

Dated: July 11, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court