UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Victor B. Perkins, | Case No. 24-CV-01094 (JMB/DTS) |
|     Plaintiff, | |
| v. | **ORDER** |
| Dr. Jack Daniels and Dr. Dionne Hart, | |
|     Defendants. | |

---

This matter is before the Court on Plaintiff Victor B. Perkins's Motion to Appoint Counsel. (Doc. No. 26.)

On June 13, 2024, this Court dismissed Perkins's Fifth and Eighth Amendment claims, which he brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Perkins is now appealing that order and has filed a motion to appoint appellate counsel. A request for counsel on appeal must be determined by the Court of Appeals, not this Court. Accordingly, Perkins's request for appointment of appellate counsel must be denied as not properly before the Court. Perkins should refile his request for appointment of counsel with the Eighth Circuit Court of Appeals.

Therefore, based on the foregoing, all the records, files, and proceedings herein, IT IS HEREBY ORDERED that Perkins's motion to appoint counsel on appeal (Doc. No. 26) is DENIED.

Dated: July 26, 2024                                                      /s/ *Jeffrey M. Bryan*
                                                                                                    Judge Jeffrey M. Bryan
                                                                                                    United States District Court